UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER, | No. C-03-3723 TEH (JCS) |
| Plaintiff(s), | |
| v. | **NOTICE AND ORDER CONTINUING SETTLEMENT CONFERENCE** |
| COUNTY OF CONTRA COSTA, ET AL., | **(E-FILING CASE)** |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that, at the request of counsel, the Settlement Conference previously scheduled for June 23, 2005, at 9:30 a.m., has been continued until **July 13, 2005, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. **On or before July 6, 2005**, each party shall deliver directly to the undersigned's chambers an updated confidential Settlement Conference Statement, which should *not* be electronically filed and need not be served upon the other parties.

Counsel who will try the case shall appear at the Settlement Conference with the parties having unlimited authority to negotiate and settle the case. The parties shall notify the undersigned's secretary, Mary Ann Macudzinski-Gomez, at (415) 522-3691 if this case settles prior to the date set for Settlement Conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: June 17, 2005

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph C. Spero
　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge