IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARK WALKER,

            Plaintiff,

      v.

CONTRA COSTA COUNTY, et al.

            Defendants.

NO. C03-3723 TEH

ORDER RESCHEDULING SUMMARY JUDGMENT HEARING

      The Court previously set the hearing on defendants' motion for summary judgment for July 11, 2005 at 10:00 a.m. Given the Court's schedule the hearing shall be reset to July 25, 2005 at 10:00 a.m. No new filings will be accepted.

      The Court regrets that the settlement conference presently set for July 13, 2005 will need to be rescheduled. By copy of this Order the Court requests that Magistrate Judge Joseph Spero reset the settlement conference accordingly.

**IT IS SO ORDERED.**

DATED  June 30, 2005                       /s/
                                             THELTON E. HENDERSON, JUDGE
                                             UNITED STATES DISTRICT COURT