UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>            Plaintiff(s),<br><br>    v.<br><br>COUNTY OF CONTRA COSTA, ET AL.,<br><br>            Defendant(s).<br>_____/ | No. C-03-3723 TEH (JCS)<br><br>**NOTICE AND ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE**<br><br>**(E-FILING CASE)** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Further Settlement Conference previously scheduled for July 13, 2005, at 9:30 a.m., has been continued until **October 17, 2005, at 9:30 a.m.**,[1] in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. **On or before October 10, 2005**, each party shall deliver directly to the undersigned's chambers an updated confidential Settlement Conference Statement, which should *not* be electronically filed and need not be served upon the other parties.

Lead trial counsel shall appear at the Further Settlement Conference with the parties having unlimited authority to negotiate and settle the case. The parties shall notify the undersigned's secretary, Mary Ann Macudzinski-Gomez, at (415) 522-3691 if this case settles prior to the date set for the conference. All other provisions of this Court's original Notice and Settlement Conference Order remain in effect.

IT IS SO ORDERED.

Dated: July 25, 2005

                                                                    /s/ Joseph C. Spero
                                                                JOSEPH C. SPERO
                                                                United States Magistrate Judge

---

[1] This date may need to be rescheduled if an early trial date is set by the district judge in this matter.