IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARK WALKER,

           Plaintiff,

  v.

CONTRA COSTA COUNTY, et al.

           Defendants.

NO. C03-3723 TEH

ORDER RE SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT

The Court has reviewed the parties' Supplemental Joint Case Management Statement, submitted on November 7, 2005. The Court notes plaintiff's statement at page 2, lines 13-15, as follows: "Plaintiff generally disputes Defendants' characterization of the Order [re Summary Judgment] and specifically disagrees that the issues of admissibility of evidence and/or the scope of Plaintiff's damages has been adjudicated by the Order." The parties are advised that the Court's Order speaks for itself, and the parties' characterizations of the Order are irrelevant.

**IT IS SO ORDERED.**

DATED November 14, 2005

                                      THELTON E. HENDERSON, JUDGE
                                      UNITED STATES DISTRICT COURT