1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  BERNARD L. KNAPP (SBN 111720)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile:  (925) 335-1866
   Email: bknap@cc.cccounty.us
6
   Attorneys for Defendants
7  CONTRA COSTA COUNTY and
   KEITH RICHTER
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| CLARK WALKER, | C 03 3723 TEH (CONSOLIDATED CASES) |
| Plaintiff, | C 03 3723 TEH |
| v. | |
| CONTRA COSTA COUNTY and KEITH RICHTER, | |
| Defendants. | |
| CLARK WALKER, | C 05 2800 TEH |
| Plaintiff, | |
| v. | STIPULATED PROTECTIVE ORDER FOR DISCOVERY OF PERSONNEL DOCUMENT DATED DECEMBER 22, 2005 |
| CONTRA COSTA COUNTY; KEITH RICHTER and RICHARD GRACE, | |
| Defendants. | |

Plaintiff CLARK WALKER and Defendants CONTRA COSTA COUNTY, KEITH RICHTER ("RICHTER") and RICHARD GRACE ("GRACE"), by and through their respective counsel, agree and stipulate that a copy of a memorandum dated December 22, 2005, from Keith Richter to John Ross contained in Ross' personnel file, shall be produced to counsel

STIPULATED PROTECTIVE ORDER FOR DISCOVERY OF PERSONNEL DOCUMENT DATED
DECEMBER 22, 2005 - C 03 3723 (TEH) JL - Consolidated Case
1

for plaintiff on or before five business days after entry of this stipulated order by the Court, subject to the following protective conditions:

    1. The document produced shall remain confidential, and shall be marked confidential; therefore all parties who obtain any part of the document must sign an Agreement to be Bound by Protective Order ("Agreement"), which is attached hereto as Exhibit "A."

    2. Use of the document produced shall be limited to plaintiff's counsel of record, any of counsel's staff, hired experts, and authors or recipients of the document, who are reasonably necessary to assist counsel prepare for this litigation. Disclosure to authors or recipients shall not constitute a waiver of confidentiality under any circumstance;

    3. Plaintiff shall not file any protected document in public record of this action without written permission of defendants or a court order secured by appropriate notice. Exhibits consisting of protected documents sought to be used in pretrial motions shall be submitted to the court under seal pursuant to the procedure outlined by local rule 79.5. The parties shall meet and confer to discuss the manner of presenting protected documents to the court at time of trial and the parties' positions shall be presented to Judge Henderson for decision as to how this document should be handled at trial as part of the pretrial conference statement indicating what is agreed to and what is in dispute. Protected documents shall be listed by date, bates number, general subject, author and recipient and identified as documents subject to this protective order in the list of exhibits to be provided by the parties to the court with the pretrial statements.

    4. Unless otherwise ordered by the Court or agreed to in writing by the Defendants, within sixty (60) days after the final termination of this action, Plaintiff's counsel must return the document to defendants' counsel. As used in this subdivision, the document includes all copies, abstracts, compilations, summaries or other form of reproducing or capturing any of the confidential information, with the exception of counsel's attorney work product. With permission in writing from defendants' counsel, plaintiff's counsel may destroy some or all of the document instead of returning it. Whether the document is returned or destroyed, plaintiff's counsel must submit a written certification to defendants' counsel within the above sixty (60)

STIPULATED PROTECTIVE ORDER FOR DISCOVERY OF PERSONNEL DOCUMENT DATED DECEMBER 22, 2005 - C 03 3723 (TEH) JL - Consolidated Case

2

day deadline. The certification shall identify by category all the information that was returned or destroyed and that affirms that the plaintiff's counsel has not retained any copies, abstracts, compilations, summaries or other form of reproducing or capturing any of the document. Notwithstanding this provision, counsel are entitled to retain an archival copy of all pleadings, motion papers, legal memoranda, correspondence or attorney work product, even if such materials contain the document. Any such archival copies that contain or constitute the document remain subject to this protective order and any modifications thereof until otherwise directed by the Court on noticed motion or agreed to in writing by Defendants Richter and Grace.

     5. Plaintiff's counsel may arrange to return the document by writing to defendants' counsel who will make arrangements for the returned document to be picked up by a County representative and the County will arrange for the destruction of said document.

     6. Nothing in this stipulation abridges the right of any person to seek modification by the Court in the future. A request for modification of this Protective Order may be made by any party upon written notice to the opposing party.

DATED: 3/16/06

SILVANO B. MARCHESI, County Counsel

By: _____
BERNARD L. KNAPP
Deputy County Counsel
Attorneys for Defendants
CONTRA COSTA COUNTY,
KEITH RICHTER and
RICHARD GRACE

DATED: 3/23/06

PRICE AND ASSOCIATES

By: _____
PAMELA Y. PRICE
Attorneys for Plaintiff
CLARK WALKER

1
2                              ORDER
3          Pursuant to the foregoing Stipulation of the parties, and good cause appearing
4   therefore, IT IS SO ORDERED.
5
6   DATED:  3/31/06                    _____
7                                      JUDGE THELTON E. HENDERSON
                                       UNITED STATES DISTRICT COURT
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT A

ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND

I, _____ [print or type full name], of _____ [print or type full address], declare under penalty of perjury that I have read in its entirety and understand he Stipulated Protective Order that was issued by the United States District Court for the Northern District of California on [date] in the case of *Clark Walker v. County of Contra Costa, et al.*, Case No. C 03 3723 (TEH) JL. I agree to comply with and to be bound by all the terms of this Stipulated Protective Order and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to this Stipulated Protective Order to any person or entity except in strict compliance with the provisions of this Order.  I further agree to submit to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the terms of this Stipulated Protective Order, even if such enforcement proceedings occur after termination of this action.

Date: _____

City and State where sworn and signed: _____

Printed name: _____

[printed name]

Signature: _____

[signature]