PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

KOJO MOORE, ESQ. (STATE BAR NO. 236483)
MOORE & MOORE
445 Bellevue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104

Attorneys for Plaintiff
CLARK WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE,<br><br>　　　　Defendants.<br><br>AND RELATED CASE. | NOS.  C03-3723 TEH<br>　　　　C05-2800 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE NON-EXPERT WITNESS DISCOVERY CUT OFF TO PERMIT TWO DEPOSITIONS** |

　　　　Plaintiff CLARK WALKER ("Chief Walker") and Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rules 6-2, enlarging non-expert discovery cut-off.

　　　　Good cause exists to enlarge non-expert witness discovery cut-off, because of third-

1  party witness Pinole Fire District Chief Jim Parrott and Defendant RICHARD GRACE's limited
2  availability. The parties have met and conferred regarding the dates of depositions. The parties
3  therefore request an extension of time to permit Plaintiff to depose Chief Parrott on August 1, 2006
4  and Defendant GRACE on August 2, 2006.
5        Therefore, the parties respectfully request that the time for non-expert witness
6  discovery be enlarged from July 31, 2006 to August 2, 2006 to accommodate the deponents'
7  schedules and to permit Plaintiff to take the deposition of Chief Parrott and Defendant GRACE.

8    DATED: July 31, 2006            PRICE AND ASSOCIATES
9
10
11                                          /s/
12                                      OK-HEE SHIM, Attorneys for
                                    Plaintiff CLARK WALKER
13
14    DATED: July 31, 2006            SILVANO B. MARCHESI, County Counsel
15
16
17                                          /s/
                                    BERNARD L. KNAPP, Deputy County Counsel,
18                                      Attorneys for Defendants CONTRA COSTA
                                    COUNTY, KEITH RICHTER, and RICHARD
19                                      GRACE

20                                     **ORDER**
21        Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS**
22  **HEREBY ORDERED** that non-expert witness discovery cut-off for the sole purpose of permitting
23  Plaintiff to take the depositions of Chief Jim Parrott and Defendant RICHARD GRACE shall be
24  enlarged from July 31, 2006 to August 2, 2006.
25
26  Date:  08/02/06
27                                      HON. THELTON HENDERSON
                                    UNITED STATES DISTRICT JUDGE
28