IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARK WALKER,

           Plaintiff,

       v.

CONTRA COSTA COUNTY, et al.

           Defendants.

NO. C03-3723 TEH
NO. C05-2800 TEH

ORDER

    The parties are hereby directed to file <u>all</u> future filings in these consolidated cases under the lead case number, C-03-3723-TEH.

**IT IS SO ORDERED.**

Dated: August 4, 2006

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT