03/30/2006 15:12 FAX 925 335 1866        CONTRA COSTA CTY COUNSEL                    ☒003

1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  BERNARD L. KNAPP (SBN 111720)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile:  (925) 335-1866
   Email: bknap@cc.cccounty.us
6
   Attorneys for Defendants
7  CONTRA COSTA COUNTY and
   KEITH RICHTER
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

| CLARK WALKER, | C 03 3723 TEH |
| --- | --- |
| Plaintiff, | (CONSOLIDATED CASES) |
| v. | C 03 3723 TEH |
| CONTRA COSTA COUNTY and KEITH RICHTER, | |
| Defendants. | |
| CLARK WALKER, | C 05 2800 TEH |
| Plaintiff, | |
| v. | STIPULATED PROTECTIVE ORDER FOR PERSONAL FINANCIAL INFORMATION |
| CONTRA COSTA COUNTY; KEITH RICHTER and RICHARD GRACE, | |
| Defendants. | |

Plaintiff CLARK WALKER and Defendants CONTRA COSTA COUNTY, KEITH RICHTER ("RICHTER") and RICHARD GRACE ("GRACE"), by and through their respective counsel, agree and stipulate as follows:

STIPULATED PROTECTIVE ORDER FOR PERSONAL FINANCIAL INFORMATION - C 03 3723 TEH

1

1. Plaintiff's counsel shall be provided four copies of confidential financial information of defendants RICHTER and GRACE produced to plaintiff in response to document requests. Plaintiff shall make no other copies absent stipulation or court order. The copies shall be marked with a stamp referring to this order, and shall be provided to plaintiff within ten days of the date the ordered is entered by the court.

2. Access to all confidential financial information and all authorized copies thereof shall be strictly limited to counsel for Plaintiff subject to this order, and counsel's staff and any retained expert or consultant. Plaintiff may not see the documents or be given the information therein. The confidential financial information may only be used in this action, and for no other purpose.

3. Before any access to or disclosure of the confidential financial information requested to any retained expert or consultant is allowed, that person shall be provided with a copy of a Confidentiality Agreement and shall execute a written acknowledgment that the person received, read and understands the terms of the Confidentiality Agreement, agrees to be bound by its terms, and agrees to submit to the personal jurisdiction of the court. A copy of the Confidentiality Agreement is attached as Exhibit A.

4. Without written permission of the Defendants or a court order secured pursuant to the rules of this court, Plaintiff's counsel shall not file the confidential financial information in the public record in this action. Exhibits including confidential financial information sought to be used in pretrial motions shall be submitted to the Court under seal under the procedure provided by Local Rule 79.5.

5. At least 30 days before the pretrial conference, the parties shall meet and confer to discuss the manner of presenting confidential financial information to the Court at time of trial and the parties' positions shall be presented to Judge Henderson for decision as to how these documents should be handled at trial as part of the Pretrial Conference Statement indicating what is agreed to and what is in dispute. Confidential financial information shall be listed by date, bates number, author and recipient and identified as documents subject to this Protective

03/30/2006 15:12 FAX 925 335 1866      CONTRA COSTA CTY COUNSEL                    ☒005

Order in the list of exhibits to be provided by the parties to the Court with the Pretrial Statement.

6. Unless otherwise ordered by the Court or agreed to in writing by the Defendants, within sixty (60) days after the final termination of this action, Plaintiff's counsel must return all confidential financial information to defendants' counsel. As used in this subdivision, confidential financial information includes all copies, abstracts, compilations, summaries or other form of reproducing or capturing any of the confidential financial information, with the exception of counsel's attorney work product. With permission in writing from defendants' counsel, Plaintiff's counsel may destroy some or all of the confidential financial information instead of returning it. Whether the confidential financial information is returned or destroyed, Plaintiff's counsel must submit a written certification to defendants' counsel within the above sixty (60) day deadline. The certification shall identify by category all the confidential financial information that was returned or destroyed and that affirms that the Plaintiff's counsel has not retained any copies, abstracts, compilations, summaries or other form of reproducing or capturing any of the confidential financial information. Notwithstanding this provision, counsel are entitled to retain an archival copy of all pleadings, motion papers, legal memoranda, correspondence or attorney work product, even if such materials contain confidential financial information. Any such archival copies that contain or constitute confidential financial information remain subject to this protective order and any modifications thereof until otherwise directed by the Court on noticed motion or agreed to in writing by Defendants Richter and Grace.

7. Plaintiff's counsel may arrange to return the confidential financial information by writing to defendants' counsel who will make arrangements for the returned documents to be picked up by a County representative and the County will arrange for the destruction of said documents.

8. Nothing in this stipulation abridges the right of any person to seek modification by

STIPULATED PROTECTIVE ORDER FOR PERSONAL FINANCIAL INFORMATION - C 03 3723 TEH

3

1  the Court in the future. A request for modification of this Protective Order may be made by any
2  party upon written notice to the opposing party.
3
4        9. A violation of this order may be punishable as a contempt of court.
5
6  DATED: March 30, 2006                    SILVANO B. MARCHESI, County Counsel
7
8
9                                           By: _____
10                                               BERNARD L. KNAPP
                                                 Deputy County Counsel
11                                               Attorneys for Defendants
                                                 CONTRA COSTA COUNTY and
12                                               KEITH RICHTER
13
14
15  DATED: ~~March 30~~ Aug. 16, 2006         PRICE AND ASSOCIATES
16
17
18                                           By: _____
19                                               PAMELA Y. PRICE
                                                 Attorneys for Plaintiff CLARK
20                                               WALKER
21                                  ORDER
22        Pursuant to the foregoing Stipulation of the parties, and good cause appearing
23  therefore, IT IS SO ORDERED.
24
25  DATED: 08/17/06                           _____
26                                            ~~MAGISTRATE JAMES LARSON~~
                                              UNITED STATES DISTRICT COURT
27
28

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*

STIPULATED PROTECTIVE ORDER FOR PERSONAL FINANCIAL INFORMATION - C 03 3723 TEH

4

03/30/2006 15:13 FAX 925 335 1866    CONTRA COSTA CTY COUNSEL    ☒007

# EXHIBIT A

## CONFIDENTIALITY AGREEMENT

I, _____, have read and understood the attached copy of the Stipulated Protective Order("Order"), filed on _____, 2006. I agree to be bound by its terms and to submit to the jurisdiction of the United States District Court for the Northern District of California. I understand that if I violate the Order, I may be held in contempt of court and subjected to sanctions.

DATED: _____

_____
(Signature)

STIPULATED PROTECTIVE ORDER FOR PERSONAL FINANCIAL INFORMATION - C 03 3723 TEH