PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, JR., ESQ. (STATE BAR NO. 55228)
MOORE & MOORE
445 Bellevue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104

Attorneys for Plaintiff
CLARK WALKER

SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD L. KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: bknap@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>  Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE,<br><br>  Defendants.<br><br>AND RELATED CASE. | NOS.  C05-2800 TEH<br>       C03-3723 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO RECESS THE TRIAL ON NOVEMBER 15, 2006** |

1120.02P226

-1-
STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)

Plaintiff CLARK WALKER ("Chief Walker") and Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rule 6-2, to recess the trial for one day only on November 15, 2006.

Good cause exists to recess the trial on November 15, 2006, because lead counsel for both parties are scheduled to appear before the United States Court of Appeals for the Ninth Circuit for oral argument in *Rayon-Terrell v. Contra Costa County, et al.*, No. 04-17228, CV-02-02759-MMC.  The Notice of Appeal in that matter was originally filed on November 2, 2004.  On October 2, 2006, the Ninth Circuit issued its Notice of Cases Set for Hearing setting oral argument on the appeal for the morning of November 15th at 9:00 a.m.  (See Exhibit A to the Declaration of Pamela Y. Price In Support of Stipulation and [Proposed] Order to Recess Trial filed concurrently herewith.)   Counsel for Chief Walker herein represents the Appellant Donna Rayon–Terrell.  County Counsel for Defendant Contra Costa County represents the County and Defendant Keith Richter in the *Rayon-Terrell* case.  Therefore, the parties respectfully request that the trial be recessed for one (1) day only on November 15, 2006.

DATED: October 11, 2006         PRICE AND ASSOCIATES

                                 /s/
                                PAMELA Y. PRICE, Attorneys for
                                Plaintiff CLARK WALKER

DATED: October 12, 2006         SILVANO B. MARCHESI, County Counsel

                                 /s/
                                BERNARD L. KNAPP, Deputy County Counsel,
                                Attorneys for Defendants CONTRA COSTA
                                COUNTY, KEITH RICHTER, and RICHARD
                                GRACE

///
///

**ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that the trial shall be recessed for one (1) day on November 15, 2006.

Date: _____

HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*[Signature: Judge Thelton E. Henderson, 10/13/06, seal of United States District Court, Northern District of California]*