PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, JR., ESQ. (STATE BAR NO. 55228)
MOORE & MOORE
445 Bellevue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104

Attorneys for Plaintiff
CLARK WALKER

SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD L. KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: bknap@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>            Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE,<br><br>            Defendants.<br><br>AND RELATED CASE. | NOS.  C05-2800 TEH<br>           C03-3723 TEH<br><br>**STIPULATION AND [PROPOSED]** ~~[PROPOSED]~~ **ORDER TO ENLARGE THE TIME TO OBJECT TO WITNESSES AND EXHIBITS** |

1120.02P214

-1-
STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)

1. Plaintiff CLARK WALKER ("Chief Walker") and Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rule 6-2, to enlarge the time to object to the parties' respective witnesses and trial exhibits from October 20, 2006 to October 25, 2006.

2. Good cause exists to enlarge the time to object to the parties' respective witnesses and trial exhibits from October 20, 2006 to October 25, 2006, to permit the parties to continue to meet and confer meaningfully and in good faith regarding possible resolution of any objections in advance of the Final Pretrial Conference on October 30, 2006.

DATED: October 20, 2006　　　　PRICE AND ASSOCIATES

/s/
_____
OK-HEE SHIM, Attorneys for
Plaintiff CLARK WALKER

DATED: October 20, 2006　　　　SILVANO B. MARCHESI, County Counsel

/s/
_____
BERNARD L. KNAPP, Deputy County Counsel,
Attorneys for Defendants CONTRA COSTA
COUNTY, KEITH RICHTER, and RICHARD
GRACE

**ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that the time to file objections to witnesses and exhibits be enlarged from October 20, 2006 to October 25, 2006.

Date: ___10/23/06___

_____
T. HENDERSON
US DISTRICT JUDGE

(Seal: United States District Court, Northern District of California — Judge Thelton E. Henderson)

1120.02P214

-2-
STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)