1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
2  PRICE AND ASSOCIATES
   The Latham Square Building
3  1611 Telegraph Ave., Suite 1450
   Oakland, CA 94612
4  Telephone: (510) 452-0292
   Facsimile: (510) 452-5625
5
   HOWARD MOORE, JR., ESQ. (STATE BAR NO. 55228)
6  MOORE & MOORE
   445 Bellevue, Suite 202
7  Oakland, CA 94610
   Telephone: (510) 451-0104
8
   Attorneys for Plaintiff
9  CLARK WALKER

10 SILVANO B. MARCHESI (SBN 42965)
   County Counsel
11 BERNARD L. KNAPP (SBN 111720)
   Deputy County Counsel
12 COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
13 Martinez, California 94553
   Telephone: (925) 335-1800
14 Facsimile: (925) 335-1866
   Email: bknap@cc.cccounty.us
15
   Attorneys for Defendants
16 CONTRA COSTA COUNTY, ET AL.

17

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20

21 CLARK WALKER,                    )   NOS.  C05-2800 TEH
                                    )         C03-3723 TEH
22          Plaintiff,              )
                                    )   **STIPULATION AND [PROPOSED]**
23   v.                             )   **ORDER FOR SECOND EXTENSION**
                                    )   **TO ENLARGE THE TIME TO**
24                                  )   **OBJECT TO WITNESSES AND**
   CONTRA COSTA COUNTY, KEITH       )   **EXHIBITS**
25 RICHTER, and RICHARD GRACE,      )
                                    )
26          Defendants.             )
                                    )
27                                  )
   AND RELATED CASE.                )
28                                  )

1120.02P214
                                    -1-
           STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)

1. Plaintiff CLARK WALKER ("Chief Walker") and Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rule 6-2, to enlarge the time to object to the parties' respective witnesses and trial exhibits from October 25, 2006 to October 27, 2006.

2. Good cause exists to enlarge the time to object to the parties' respective witnesses and trial exhibits from October 25, 2006 to October 27, 2006, to permit the parties to continue to meet and confer meaningfully and in good faith regarding possible resolution of any objections in advance of the Final Pretrial Conference on October 30, 2006. (See Declaration of Bernard Knapp in Support of Stipulation and Order for Second Extension to Submit Objections to Proposed Exhibits and Witnesses, filed herewith.)

DATED: October 25, 2006

PRICE AND ASSOCIATES

OK-HEE SHIM, Attorneys for Plaintiff CLARK WALKER

DATED: October 25, 2006

SILVANO B. MARCHESI, County Counsel

BERNARD L. KNAPP, Deputy County Counsel, Attorneys for Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE

## ORDER

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that the time to file objections to witnesses and exhibits be enlarged from October 25, 2006 to October 27, 2006.

Date: 10/26/06

HENDERSON
DISTRICT JUDGE
Judge Thelton E. Henderson

1120.02P214

STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)