PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, JR., ESQ. (STATE BAR NO. 55228)
MOORE & MOORE
445 Bellevue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104

Attorneys for Plaintiff
CLARK WALKER

SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD L. KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: bknap@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE,<br><br>    Defendants.<br><br>AND RELATED CASE. | NOS. C05-2800 TEH<br>C03-3723 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO ENLARGE TIME TO OPPOSE MOTIONS IN LIMINE** |

1120.02P233

-1-
STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)

1. Plaintiff CLARK WALKER ("Chief Walker") and Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rule 6-2, to enlarge the time to file oppositions to motions in limine by twenty-four (24) hours from October 31, 2006 to November 1, 2006.

2. Good cause exists to enlarge the date to file oppositions to motions in limine to permit reasonable time to finalize Plaintiff's oppositions, which was hindered by lead counsel Pamela Y. Price's out-of-town travel on another matter and Ok-Hee Shim's health issues needing immediate medical attention.

3. Therefore, the parties respectfully request that the time to file oppositions to in limine motions be enlarged from October 31, 2006 to November 1, 2006.

DATED: October 31, 2006         PRICE AND ASSOCIATES

                                /s/
                                _____
                                OK-HEE SHIM, Attorneys for
                                Plaintiff CLARK WALKER

DATED: October 31, 2006         SILVANO B. MARCHESI, County Counsel

                                /s/
                                _____
                                BERNARD L. KNAPP, Deputy County Counsel,
                                Attorneys for Defendants CONTRA COSTA
                                COUNTY, KEITH RICHTER, and RICHARD
                                GRACE

**ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that the time to file oppositions to motions in limine be enlarged from October 31, 2006 to November 1, 2006.

Date: 11/1/06                   _____
                                THELTON E. HENDERSON
                                UNITED STATES DISTRICT JUDGE

1120.02P233

-2-
STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)