PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, JR., ESQ. (STATE BAR NO. 55228)
MOORE & MOORE
445 Bellevue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104

Attorneys for Plaintiff
CLARK WALKER

SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD L. KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: bknap@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE,<br><br>    Defendants.<br><br>AND RELATED CASE. | NOS. C05-2800 TEH<br>       C03-3723 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO FILE MOTION IN LIMINE** |

-1-
STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)

1120.02P214

1. Plaintiff CLARK WALKER ("Chief Walker") and Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE, by and through their respective counsel, agree and stipulate to the filing of defendants' motion in limine to exclude evidence re witness John Ross, described more particularly and attached to the Declaration of Bernard Knapp in support of this stipulation and order, filed herewith. The parties further stipulate and agree that plaintiff shall file any opposition to the motion on or before seven calendar days from the filing of the motion in the event leave is granted pursuant to this order. An executed copy of the proposed motion is attached hereto.

2. Good cause exists to allow late filing of the subject motion as set forth in the accompanying declaration. Trial in this matter has been continued from November 14, 2006 to November 28, 2006. No previous extensions of time have been requested or granted for the filing of motions in limine.

DATED: November 1, 2006

PRICE AND ASSOCIATES

_____
OK-HEE SHIM, Attorneys for
Plaintiff CLARK WALKER

DATED: November 1, 2006

SILVANO B. MARCHESI, County Counsel

_____
BERNARD L. KNAPP, Deputy County Counsel,
Attorneys for Defendants CONTRA COSTA
COUNTY, KEITH RICHTER, and RICHARD
GRACE

1120.02P214

1.     Plaintiff CLARK WALKER ("Chief Walker") and Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE, by and through their respective counsel, agree and stipulate to the filing of defendants' motion in limine to exclude evidence re witness John Ross, described more particularly and attached to the Declaration of Bernard Knapp in support of this stipulation and order, filed herewith. The parties further stipulate and agree that plaintiff shall file any opposition to the motion on or before seven calendar days from the filing of the motion in the event leave is granted pursuant to this order. An executed copy of the proposed motion is attached hereto.

2.     Good cause exists to allow late filing of the subject motion as set forth in the accompanying declaration. Trial in this matter has been continued from November 14, 2006 to November 28, 2006. No previous extensions of time have been requested or granted for the filing of motions in limine.

DATED: November 1, 2006            PRICE AND ASSOCIATES

_____
OK-HEE SHIM, Attorneys for
Plaintiff CLARK WALKER

DATED: November 1, 2006            SILVANO B. MARCHESI, County Counsel

_____
BERNARD L. KNAPP, Deputy County Counsel,
Attorneys for Defendants CONTRA COSTA
COUNTY, KEITH RICHTER, and RICHARD
GRACE

**ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that subject motion shall be filed in the form attached hereto, and that opposition to the motion shall be filed and served seven calendar days from the date said motion is filed.

Date: 11/01/06

_____
HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Thelton E. Henderson*
(United States District Court, Northern District of California seal)