IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CONTRA COSTA COUNTY, et al.<br><br>　　　　　Defendants. | NO. C03-3723 TEH<br>NO. C05-2800 TEH<br><br>ORDER |

　　　At the October 30, 2006 pretrial conference, trial in this case has been continued to November 28, 2006. At the conference, the deadline for lodging exhibits was extended to November 14, 2006. No other pretrial deadlines were extended.

　　　Plaintiff shall electronically file his objections to defendants' jury instructions, special verdict form, and voir dire questions, if any, on or before November 9, 2006.

　　　The parties shall adhere to the deadlines set by the Court in this matter. No further extensions of time will be granted, and any further late filings will be sanctioned.

**IT IS SO ORDERED.**

Dated: November 8, 2006

　　　　　　　　　　　　　　　　　　　THELTON E. HENDERSON, JUDGE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT