UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY and KEITH RICHTER,<br><br>    Defendants. | C 03 3723 TEH<br>(CONSOLIDATED CASES)<br><br>C 03 3723 TEH |
| CLARK WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY; KEITH RICHTER and RICHARD GRACE,<br><br>    Defendants. | C 05 2800 TEH<br><br>[PROPOSED] ORDER ALLOWING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO FEDERAL COURTHOUSE FOR USE AT TRIAL |

Good Cause Appearing, IT IS HEREBY ORDERED that counsel for defendants may bring the following equipment into the courthouse for use at trial: file cabinet, laptop computer; projector; and screen.

Date: 11/14/06

Thelton E. Henderson
United States District Judge