```
 1  SILVANO B. MARCHESI (SBN 42965)
    County Counsel
 2  BERNARD L. KNAPP (SBN 111720)
    Deputy County Counsel
 3  COUNTY OF CONTRA COSTA
    651 Pine Street, 9th Floor
 4  Martinez, California 94553
    Telephone: (925) 335-1800
 5  Facsimile:  (925) 335-1866
    Email: bknap@cc.cccounty.us
 6
    Attorneys for Defendants
 7  CONTRA COSTA COUNTY, KEITH RICHTER
    and RICHARD GRACE
 8

 9  PAMELA Y. PRICE, ESQ.
    OK-HEE SHIM, ESQ.
10  PRICE AND ASSOCIATES
    1611 Telegraph Avenue
11  Oakland, CA 94612
    Telephone: (510) 452-0292
12  Facsimile:  (510) 452-5625

13  Attorneys for Plaintiff
    CLARK WALKER
14
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY and KEITH RICHTER,<br><br>    Defendants. | C 03 3723 TEH<br>(CONSOLIDATED CASES)<br><br>C 03 3723 TEH |
| CLARK WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY; KEITH RICHTER and RICHARD GRACE,<br><br>    Defendants. | C 05 2800 TEH<br><br>STIPULATION AND [PROPOSED]<br>ORDER RE: DISCLOSURE OF<br>CONFIDENTIAL MATERIALS AT TRIAL |

STIPULATION AND [PROPOSED] ORDER RE: DISCLOSURE OF CONFIDENTIAL
MATERIALS AT TRIAL - C 03 3723 TEH    1

The parties to these consolidated actions, by their counsel, agree and stipulate as follows:

1. Confidential material relating to third parties in these actions has been produced to plaintiff by defendants under protective orders issued by this court. The material contains confidential financial employment information and employment application information that defendants are under duty to protect from disclosure. The material produced has been distinctively marked as confidential. This material is called "confidential material" hereafter in this stipulation and order.

2. Certain portions of confidential material have been designated by the parties as potential trial exhibits in pretrial exhibit lists and is proposed by the parties to be included in the exhibits to be lodged with the court pre-trial.

3. To avoid violation of existing protective orders, and to ensure that relevant materials are available for use by the parties at trial, and to avoid prejudice to any party, the parties have agreed and hereby stipulate that the court order that if confidential material marked as exhibit(s) to be used at trial, it shall be redacted to protect the privacy of third parties to the action by redacting identifying information from the confidential material and to remove distinctive markings intended to protect the material in the discovery process. The information to be redacted includes names, social security numbers, other account and identifying numbers, addresses, and other such information that is not required for an understanding of the documents but might compromise the privacy of the individuals involved.

4. The purpose of this stipulation is to ensure that confidential material is conveniently available to the parties at trial in a form that does not unnecessarily compromise the privacy of third parties in the event the court determines that the material should be admitted in evidence or otherwise disclosed, wholly or in part, at trial. Nothing in this stipulation waives any objection by any party to the use of any confidential material at trial, including an objection that the privacy interests of the subject of the confidential material outweigh the interest of the propounding party in presenting the evidence.

5. The parties further stipulate that any material provided to the parties under this order and not used at trial shall be returned to defendants' counsel within 30 days of the conclusion of trial. All confidential material, whether admitted in evidence or not, shall be returned to defendants' or destroyed within 30 days of the conclusion of this litigation by the exhaustion of all possible appeals or, if no appeals are taken, the expiration of the time in which a party may appeal.

SO STIPULATED.

Dated: 11·9·06

PRICE AND ASSOCIATES

By: _____
PAMELA Y. PRICE
OK-HEE SHIM
Attorneys for Plaintiff
CLARK WALKER

Dated: 11/10/06

SILVANO B. MARCHESI, County Counsel

By: _____
BERNARD L. KNAPP
Deputy County Counsel
Attorneys for Defendants
CONTRA COSTA COUNTY,
KEITH RICHTER and RICHARD GRACE

ORDER

SO ORDERED.

Dated: 11/15/06

_____
THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*Judge Thelton E. Henderson*

STIPULATION AND [PROPOSED] ORDER RE: DISCLOSURE OF CONFIDENTIAL MATERIALS AT TRIAL - C 03 3723 TEH    3