PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, JR., ESQ. (STATE BAR NO. 55228)
MOORE & MOORE
445 Bellevue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104

Attorneys for Plaintiff
CLARK WALKER

SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD L. KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: bknap@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE,<br><br>　　　　　Defendants.<br><br>AND RELATED CASE. | NOS.  C05-2800 TEH<br>　　　　C03-3723 TEH<br><br>**STIPULATION AND [PROPOSED]　<br>ORDER TO FILE SUPPLEMENTAL<br>JURY INSTRUCTIONS** |

1120.02P235

-1-
STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)

1.  Plaintiff CLARK WALKER ("Chief Walker") and Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE, by and through their respective counsel, jointly apply for an Order, pursuant to Civil Local Rule 6-2, to permit Plaintiff to file two (2) supplemental jury instructions.

2.  Good cause exists to permit Plaintiff to file two additional jury instructions. One instruction stems from the October 31, 2006 deposition testimony by Defendants' retained expert, Dr. Mark Nathan, pertaining to Plaintiff's damages. The second instruction pertains to the meaning of the Croskrey Consent Decree, subject to the Court's ruling of Defendants' Motion In Limine to Exclude Evidence of Consent Decree and Statement Relating to Consent Decree and Defendants' Motion In Limine to Preclude Opinion Testimony to Meaning of Consent Decree filed October 24, 2006. Both of these events post-date the October 18, 2006 filing deadline for jury instructions.

3.  Therefore, the parties respectfully request that Plaintiff be permitted to submit two (2) additional jury instructions, and Defendants be permitted to file objections within seven (7) calendar days of the date of Plaintiff's submission.

DATED: November 14, 2006            PRICE AND ASSOCIATES

/s/

OK-HEE SHIM, Attorneys for
Plaintiff CLARK WALKER

DATED: November 14, 2006            SILVANO B. MARCHESI, County Counsel

/s/

BERNARD L. KNAPP, Deputy County Counsel,
Attorneys for Defendants CONTRA COSTA
COUNTY, KEITH RICHTER, and RICHARD
GRACE

///

///

# **ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that Plaintiff is to submit two (2) additional jury instructions, and Defendants are to file objections within seven (7) calendar days of the date of Plaintiff's submission.

Date: 11/20/06



HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE