IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>    Plaintiff,<br><br>  v.<br><br>CONTRA COSTA COUNTY, et al.<br><br>    Defendants. | NO. C03-3723 TEH<br>NO. C05-2800 TEH<br><br>ORDER SETTING ORAL ARGUMENT FOR DEFENDANTS' MOTIONS IN LIMINE RE: CONSENT DECREE |

  Defendants move to exclude evidence of the Consent Decree entered in <u>Croskrey v. Contra Costa County</u>, United States District Court for the Northern District of California, Case No. C 73 0906 CJS, of the meaning of the Consent Decree, and of defendant Richter's statement or statements that he "d[oes] not hire by the Consent Decree." The Court is tentatively inclined to deny the motions, and to allow Walker and Richter to testify to their understandings of the Consent Decree. The Court will hear oral argument on the motions at 8:30 a.m. on November 28, 2006.

**IT IS SO ORDERED.**

Dated: November 21, 2006

                 THELTON E. HENDERSON, JUDGE
                 UNITED STATES DISTRICT COURT