PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, JR., ESQ. (STATE BAR NO. 55228)
MOORE & MOORE
445 Bellevue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104

Attorneys for Plaintiff
CLARK WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE,<br><br>　　　　Defendants.<br><br>AND RELATED CASE. | NOS.　C05-2800 TEH<br>　　　　C03-3723 TEH<br><br>[~~PROPOSED~~] **ORDER PERMITTING PLAINTIFF TO USE CERTAIN EQUIPMENT DURING JURY TRIAL AND TO BRING SUCH EQUIPMENT INTO COURTHOUSE**<br><br>DATE:　　NOVEMBER 28, 2006<br>TIME:　　8:30 A.M.<br>CTRM:　　12, 19TH FLOOR<br><br>HON. THELTON E. HENDERSON |

**ORDER**

Being that a jury trial is scheduled to begin in the above-styled matter on November 28, 2006 and being that a request has been made by Plaintiff CLARK WALKER to allow the use of a projector, a cart for projection purposes, a projection screen, an easel, a set of laptop speakers and

1 two laptops during said jury trial,

2 **IT IS HEREBY ORDERED** that the request to use said equipment during the jury
3 trial is hereby **GRANTED**; and

4 **IT IS FURTHER ORDERED** that the Court hereby allows that said equipment
5 may be brought into the courthouse for the jury trial, scheduled to begin November 28, 2006.

8 DATED: November 27, 2006    HON. THELTON E. HENDERSON



IT IS SO ORDERED
Judge Thelton E. Henderson