PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
OK-HEE SHIM, ESQ. (STATE BAR NO. 240998)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA 94612
Telephone: (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, JR., ESQ. (STATE BAR NO. 55228)
MOORE & MOORE
445 Bellevue, Suite 202
Oakland, CA 94610
Telephone: (510) 451-0104

Attorneys for Plaintiff
CLARK WALKER

SILVANO B. MARCHESI (SBN 42965)
County Counsel
BERNARD L. KNAPP (SBN 111720)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Email: bknap@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE,<br><br>    Defendants.<br><br>AND RELATED CASE. | NOS.  C05-2800 TEH<br>          C03-3723 TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO INTRODUCE ADDITIONAL EXHIBIT** |

1120.02P214

-1-
STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)

1.     Plaintiff CLARK WALKER ("Chief Walker") and Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE, by and through their respective counsel, agree and stipulate that defendants may introduce documents reviewed by Jerald Udinsky, Ph.D. and produced for inspection at his deposition. The documents to be introduced shall be labeled Defendants' Exhibit K-3.

DATED: 11-27-06

PRICE AND ASSOCIATES

/s/

OK-HEE SHIM, Attorneys for
Plaintiff CLARK WALKER

DATED: _____

SILVANO B. MARCHESI, County Counsel

/s/

BERNARD L. KNAPP, Deputy County Counsel,
Attorneys for Defendants CONTRA COSTA
COUNTY, KEITH RICHTER, and RICHARD
GRACE

**ORDER**

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that defendants may introduce at trial additional Exhibit K-3.

Date: 11/28/06

HON. THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — signed Judge Thelton E. Henderson]*