UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CLARK WALKER,<br><br>  Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY and KEITH RICHTER,<br><br>  Defendants. | C 03 3723 TEH<br>(CONSOLIDATED CASES)<br><br>C 03 3723 TEH |
|---|---|
| CLARK WALKER,<br><br>  Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY; KEITH RICHTER and RICHARD GRACE,<br><br>  Defendants. | C 05 2800 TEH<br><br>[~~PROPOSED~~] ORDER ALLOWING COUNSEL TO BRING EQUIPMENT INTO FEDERAL COURTHOUSE FOR USE AT TRIAL |

  Good Cause Appearing, IT IS HEREBY ORDERED that counsel for defendants may bring the following equipment into the courthouse for use at trial: audio/video equipment cart.

Date:_____12/04/06_____    _____
                                                              E. Henderson
                                                              United States District Judge

IT IS SO ORDERED
Judge Thelton E. Henderson

[PROPOSED] ORDER ALLOW ING COUNSEL TO BRING EQUIPMENT INTO FEDERAL COURTHOUSE FOR USE AT TRIAL - C 03 3723 TEH