IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARK WALKER,

         Plaintiff,

    v.

CONTRA COSTA COUNTY, et al.

         Defendants.

NO. C03-3723 TEH
NO. C05-2800 TEH

ORDER DENYING REQUEST FOR JUDICIAL NOTICE

    For the reasons set out in Defendants' Objections to Plaintiff's Request for Judicial Notice, the Request for Judicial Notice is DENIED. The Court also notes that the request comes profoundly late and would be denied for that reason alone.

**IT IS SO ORDERED.**

Dated: December 13, 2006

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT