IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARK WALKER,

             Plaintiff,

    v.

CONTRA COSTA COUNTY, et al.

             Defendants.

NO. C03-3723 TEH
NO. C05-2800 TEH

ORDER RE: RECESS OF TRIAL

     Trial in this matter is hereby recessed until January 9, 2007, at 8:30 a.m. Witnesses under subpoena in this matter are still under subpoena and subject to recall when the trial resumes. Counsel are obliged to appear on January 9th and continuing, according to the schedule set by the Court, until the conclusion of trial.

**IT IS SO ORDERED.**

Dated: December 19, 2006

_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT