IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARK WALKER,

           Plaintiff,

    v.

CONTRA COSTA COUNTY, et al.

           Defendants.

NO. C03-3723 TEH
NO. C05-2800 TEH

VERDICT FORM

    1.    Did Plaintiff Walker prove, by a preponderance of the evidence, that his race was a motivating factor in defendant Richter's decision not to promote him to the position of Assistant Fire Chief in 2003?

    Answer:    YES _____    NO ____

    2.    Did Plaintiff Walker prove, by a preponderance of the evidence, that his protected activity was a motivating factor in defendant Richter's decision not to promote him to the position of Assistant Fire Chief in 2003?

    Answer:    YES _____    NO ____

    If your answers to questions 1 and 2 are both "no," proceed to question 5. If your answer to either question is "yes," go on to question 3.

3.  Have defendants proved, by a preponderance of the evidence, that defendant Richter's decision not to promote Plaintiff to the position of Assistant Fire Chief in 2003 was also motivated by a lawful reason?

  Answer:     YES _____   NO ____

If your answer to question 3 is "no," proceed to question 5. If the answer to question 3 is "yes," answer question 4.

4.  Have defendants proved by a preponderance of the evidence that defendant Richter would have made the same decision not to promote Plaintiff Walker for a lawful reason, regardless of his race and/or protected activity?

  Answer:     YES _____   NO ____

5.  Did Plaintiff Walker prove, by a preponderance of the evidence, that his race was a motivating factor in the decisions by Keith Richter and/or Richard Grace to issue a Letter of Reprimand to him in February 2005?

  Answer:
  As to Keith Richter:  YES _____   NO ____
  As to Richard Grace:  YES _____   NO ____

6.  Did Plaintiff Walker prove, by a preponderance of the evidence, that his protected activity was a motivating factor in the decisions by Keith Richter and/or Richard Grace to issue a Letter of Reprimand to him in February 2005?

  Answer:
  As to Keith Richter:  YES _____   NO ____
  As to Richard Grace:  YES _____   NO ____

2

If your answer to both questions 5 and 6 is "no" for both Defendants, proceed to question 9. If your answer to questions 5 and/or 6 is "yes" for either or both Defendants, go on to question 7.

7. Have Defendants proved, by a preponderance of the evidence, that the decision to issue a Letter of Reprimand to the Plaintiff was also motivated by a lawful reason?

Answer:

As to Keith Richter:  YES _____   NO ____

As to Richard Grace:  YES _____   NO ____

If your answer to question 7 is "no" for both Defendants, proceed to question 9. If the answer to question 7 is "yes" as to either or both Defendants, answer question 8.

8. Have Defendants proved by a preponderance of the evidence that they would have made the same decision to issue a Letter of Reprimand to Plaintiff Walker for a lawful reason, regardless of his race or protected activity?

Answer:

As to Keith Richter:  YES _____   NO ____

As to Richard Grace:  YES _____   NO ____

9. Did Plaintiff Walker prove, by a preponderance of the evidence, that he suffered any adverse employment actions by defendant Richter other than the failure to promote or the reprimand, since August of 2002?

Answer:

Confined Space Rescue      YES _____   NO _____

Training Center            YES _____   NO _____

3

If your answer to both parts of question 9 is "no," proceed to question 13. If your answer to either part of question 9 is "yes," go on to question 10.

10. Did Plaintiff Walker prove, by a preponderance of the evidence, that his protected activity was a motivating factor in the decisions by defendant Richter to take the adverse action(s) referred to in question 9?

Answer:

Confined Space Rescue     YES _____     NO _____

Training Center           YES _____     NO _____

If your answer to both parts of question 10 is "no," proceed to question 13. If your answer to either part of question 10 is "yes," go on to question 11.

11. Have Defendants proved, by a preponderance of the evidence, that the adverse action(s) was also motivated by a lawful reason?

Answer:

Confined Space Rescue     YES _____     NO _____

Training Center           YES _____     NO _____

If your answer to both parts of question 11 is "no," proceed to question 13. If the answer to either part of question 11 is "yes," answer question 12.

12. Have Defendants proved by a preponderance of the evidence that Richter would have taken the adverse action(s) against Plaintiff for a lawful reason, regardless of his protected activity?

Answer:

Confined Space Rescue     YES _____     NO _____

Training Center           YES _____     NO _____

4

13. Did Plaintiff Walker prove, by a preponderance of the evidence, that he suffered actual damages or injury caused by the decision to issue him a written Letter of Reprimand in 2005, and/or by the decision to hire others and not promote him to the position of Assistant Fire Chief in 2003, and/or by any other adverse actions you may have found above?

As to the Assistant Fire Chief promotion in 2003:  YES _____ NO ____

As to the Letter of Reprimand:           YES _____  NO ____

As to other adverse actions:             YES _____  NO ____

14. If so, what amount of damages, if any, do you award to Plaintiff Walker?

    a.  Past economic loss:                 $ _____

    b.  Present value of future economic loss:                 $ _____

    c.  Non-economic damages:                 $ _____

    Total (a+b+c):                 $ _____

15. Has plaintiff proved that he is entitled to punitive damages from defendant Keith Richter or Richard Grace, or both of them?

Answer:

As to Keith Richter:  YES _____  NO ____

As to Richard Grace:  YES _____  NO ____

//

//

//

5

<mark>
</mark><mark>
</mark><mark><mark><mark></mark></mark></mark><mark>
</mark><mark>
</mark><mark>
</mark><mark>
</mark><mark>
</mark>

If you answered question 15 "yes," as to either or both Defendants, please state the amount of punitive damages you award Plaintiff against the Defendant(s) as to whom you answered Question 15 "yes."

    Keith Richter:  $_____.

    Richard Grace: $_____.

DATED:  _____    _____
                                                      JURY FOREPERSON