PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
The Latham Square Building
1611 Telegraph Ave., Suite 1450
Oakland, CA  94612
Telephone:  (510) 452-0292
Facsimile: (510) 452-5625

HOWARD MOORE, JR., ESQ. (STATE BAR NO. 55228)
MOORE & MOORE
445 Bellevue, Suite 202
Oakland, CA 94610
Telephone:  (510) 451-0104

Attorneys for Plaintiff
CLARK WALKER

SILVANO B. MARCHESI (SBN 42965)
County Counsel
GREGORY C. HARVEY (SBN 47974)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone:  (925) 335-1800
Facsimile:  (925) 335-1866
Email: bknap@cc.cccounty.us

Attorneys for Defendants
CONTRA COSTA COUNTY, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>             Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE,<br><br>             Defendants.<br><br>AND RELATED CASE. | NOS.  C05-2800 TEH<br>            C03-3723 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME TO FILE OBJECTIONS TO DEFENDANTS' BILL OF COSTS** |

1120.02P216PYP

-1-
STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)

Plaintiff CLARK WALKER ("Chief Walker") and Defendants CONTRA COSTA COUNTY, KEITH RICHTER, and RICHARD GRACE, by and through their respective counsel, hereby stipulate pursuant to Civil Local Rule 6-2, to enlarge the time for Chief Walker to file his Objections to Defendants' Bill of Costs by one business day from March 2, 2007 to March 5, 2007.

Good cause exists to enlarge the date to file Chief Walker's Objections to Defendants' Bill of Costs in that allow counsel additional time to exchange authorities and continue the process of meeting and conferring on the objections. This additional time will facilitate the Court's review of any remaining objections to be filed by Chief Walker. Therefore, the parties jointly respectfully request that the Court issue an Order enlarging the time to file Chief Walker's objections from March 2, 2007 to March 5, 2007.

DATED: March 2, 2007        PRICE AND ASSOCIATES

/s/

PAMELA Y. PRICE, Attorneys for
Plaintiff CLARK WALKER

DATED: March 2, 2007        SILVANO B. MARCHESI, County Counsel

/s/

GREGORY C. HARVEY, Deputy County Counsel,
Attorneys for Defendants CONTRA COSTA
COUNTY, KEITH RICHTER, and RICHARD GRACE

## ORDER

Pursuant to the foregoing Stipulation and good cause appearing therefor, **IT IS HEREBY ORDERED** that the time for Chief Walker to file his Objections to Defendants' Bill of Costs shall be enlarged by one business day from March 2, 2007 to March 5, 2007

Date: 03/02/07

THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER (C05-2800/C03-3723 TEH)

1120.02P216PYP