IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK WALKER,<br><br>          Plaintiff,<br><br>     v.<br><br>CONTRA COSTA COUNTY, et al.<br><br>          Defendants. | NO. C03-3723 TEH<br>NO. C05-2800 TEH<br><br>ORDER |

The Court is in receipt of Plaintiff's Motion for New Trial, Defendants' Opposition, and Plaintiff's Reply thereto. This matter will be carefully considered on the papers submitted and a ruling with be forthcoming. The April 2, 2007 hearing date is vacated.

**IT IS SO ORDERED.**

Dated: March 27, 2007

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT